# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONYA ELLING,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-00824-TSC |
| ) | |
| v. ) | Judge Tanya S. Chutkan |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sonya Elling hereby voluntarily dismisses her complaint in the above-captioned matter with prejudice. Each party to bear its own fees and costs.

Date: June 28, 2021             Respectfully submitted,

/s/ Devin Wrigley

Lynne Bernabei       D.C. Bar No. 938936
Bernabei@BernabeiPLLC.com
Devin Wrigley        D.C. Bar No. 1044157
Wrigley@BernabeiPLLC.com
Bernabei & Kabat, PLLC
1400 16th Street, NW, Suite 500
Washington, D.C. 20036-2223
tel. (202) 745-1942
fax (202) 745-2627

*Counsel for Plaintiff Sonya Elling*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June 2021, a copy of the foregoing Stipulation of Dismissal with Prejudice was served via electronic mail on the following counsel for Defendant:

Lauren O. Casazza, P.C.
Sarah J. Schultes
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
lauren.casazza@kirkland.com
sarah.schultes@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

　　　　　　　　　　　　　　　　　　　　*/s/ Devin Wrigley*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Devin Wrigley